# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

_____

No. 15-2423

GLOBAL TRAFFIC TECHNOLOGIES LLC,

                          Plaintiff-Appellee,

v.

KM ENTERPRISES, INCORPORATED and
RODNEY KRIS MORGAN,

                          Defendants-Appellants.

_____

On Appeal from the United States District Court
for the Southern District of Illinois

Cause no. 3:14-mc-00065-MJR-DGW

Hon. Michael Reagan, Chief Judge
_____

**MOTION FOR VOLUNTARY DISMISSAL
PURSUANT TO FRAP 42(b) FILED BY
DEFENDANTS-APPELLANTS KM ENTERPRISES, INC.
AND RODNEY KRIS MORGAN**

1

Pursuant to Federal Rule of Appellate Procedure 42(b), Defendants-Appellants KM Enterprises, Inc. and Rodney Kris Morgan (collectively "KME"), file this Motion for Voluntary Dismissal of the appeal designated as Cause no. 15-2423. On July 10, 2015, this Court ordered KME to file a jurisdictional statement regarding the above captioned appeal. Within the order, the court stated that a voluntary dismissal under Rule 42(b) would satisfy that requirement. Upon reflection, KME takes the position that any appeal of the decision noticed for appeal in Cause no. 15-2423 may not be ripe. Voluntary dismissal is warranted under the circumstances. This motion does not apply to the consolidated case designated as Cause no. 15-2113.

Wherefore, KME respectfully requests that this Court dismiss this appeal without prejudice to later filing if it becomes necessary and if the requirements of the Rules are met.

Dated: July 10, 2015.

**Jana Yocom, P.C.**

/s/  Jana Rine

_____

Jana Yocom Rine
Attorney for Plaintiff
ARDC #6193677
320 S. Eleventh
Suite 1
Mount Vernon, Illinois 62864
Telephone:  618-731-1944
Email:  jana.yocom@gmail.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Jana Rine
-

_____

Jana Yocom Rine